UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSHUA W. MURPHY,

    Plaintiff,

    v.

HEAD OF I.R.S., et al.,

    Defendants.

Case No. 21-cv-01088-PJH

**ORDER OF DISMISSAL**

Plaintiff, a state prisoner in Indiana, has filed a civil action, however he did not pay the filing fee or submit a completed application to proceed in forma pauperis ("IFP"). Plaintiff was sent a notice that he had not paid the filing fee or applied for leave to proceed IFP; and he was allowed twenty-eight days to either pay the fee or file the completed application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

The twenty-eight days has passed, and plaintiff has not filed a completed application to proceed IFP, paid the filing fee or otherwise communicated with the court. This case is therefore **DISMISSED** without prejudice. The clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: April 5, 2021

    /s/ Phyllis J. Hamilton
    PHYLLIS J. HAMILTON
    United States District Judge